AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Alondra Jacqueline De Leon<br>YOB: 1996<br>USC<br><br>*Defendant(s)* | Case No. M-21-1997-M<br><br>**SEALED** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __05/26/2021 to 09/16/2021__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering |

This criminal complaint is based on these facts:

See Attachment "A"

**United States District Court**
**Southern District of Texas**
**FILED**
**SEP 2 0 2021**
**Nathan Ochsner, Clerk**

☑ Continued on the attached sheet.

Approved:
Robert Wells AUSA
9/20/2021

_____
*Complainant's signature*

Juan F. Zuniga, FBI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/20/21 - 8:06pm

_____
*Judge's signature*

City and state: McAllen, Texas

Juan F. Alanis, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT "A"

On or about May 26, 2021, Elias Talavera (E. Talavera) contacted Confidential Human Source (CHS) regarding the sale of 1 kilogram of heroin and 2 kilograms of methamphetamine. E. Talavera agreed to transfer possession of the heroin and methamphetamine to the CHS and also permitted the CHS to pay Talavera back at a later date. Under the direction of FBI Agents, the CHS collected the illegal narcotics from E. Talavera in Weslaco, Texas. The illegal narcotics were collected as evidence by FBI Agents. A Drug Enforcement Administration Chemical analysis report revealed a detectable amount of Methamphetamine and heroin. The heroin was weighed at 1000.5 grams and the methamphetamine was weighed at 1937 grams.

On or about June 22, 2021, E. Talavera was arrested by the United States Border Patrol in the Rio Grande Valley area for an immigration violation. Due to E. Talavera being incarcerated, the CHS was contacted by Pablo Talavera (P. Talavera) who explained that he (Pablo) would be collecting payment for the illegal narcotics on his brother's (Elias) behalf.

On July 14, 2021 and July 23, 2021, P. Talavera met with the CHS in the Rio Grande Valley area, on two separate occasions in regards to payment for the heroin and methamphetamine. P. Talavera collected a total of $7,000 from the CHS for his brother E. Talavera. On or about July 14, 2021, P. Talavera collected $2,000 from the CHS and explained that E. Talavera was arrested and discussed illegal narcotics activities.

On or about July 23, 2021, P. Talavera collected $5,000 from the CHS and explained that the owner of the heroin and methamphetamine was from Mexico. On August 17, 2021, P. Talavera was arrested along with other associates. P. Talavera and E. Talavera were indicted by out of the Western District of Tennessee, Eastern Division and charged with drug trafficking offenses and both are currently in custody.

On or about August 19, 2021, the CHS was contacted by a female via text who identified herself as P. Talavera's daughter in law and requested to meet on P. Talavera's behalf. On or about August 20, 2021 and under direction of FBI Agents, the CHS met with the female in Hidalgo county. The female was later identified as the defendant, Alondra Jacqueline De Leon. De Leon identified herself as P. Talavera's daughter in law. During the meeting, De Leon explained that she was in contact with E. Talavera and was requesting that the money owed to E. Talavera be given to her.

On or about September 2, 2021, under the direction of FBI Agents, the CHS met with De Leon in the Rio Grande Valley area. De Leon explained that P. Talavera was recently arrested and Federal Agents raided their residence. De Leon is aware of law enforcement tactics and warned the CHS about changing cellphones and phone number. The CHS explained that De Leon needed to know that this partial payment was for heroin and methamphetamine that was purchased from E. Talavera. De Leon acknowledge knowing about the illegal narcotics deal between the CHS, E. Talavera and P. Talavera. De Leon also explained that she has a ledger documenting all the payments collected by P. Talavera and E. Talavera. The CHS, then handed De Leon $2,000 as partial payment for the heroin and methamphetamine. De Leon acknowledge that the CHS still owes $28,000 for the heroin.

On or about September 16, 2021, under the direction of FBI, the CHS met with De Leon in the parking lot of an establishment in Pharr, Texas in regards to a partial payment for the sale of the illegal narcotics. The CHS was instructed by FBI Agents to pay De Leon $27,000 for the aforementioned illegal narcotics (1 kilogram of heroin and 2 kilograms of methamphetamine). De Leon arrived at the establishment and made contact with the CHS. De Leon collected $25,000 that were in a red bag wrapped in plastic and $2,000 in cash. De Leon advised that an additional $1,000 was pending to complete the transaction. The CHS advised De Leon that the payment was for the methamphetamine and heroin. De Leon collected a total of $27,000 and then left in her vehicle. A traffic stop on De Leon's vehicle was coordinated by FBI Agents/TFOs utilizing Pharr Police department. De Leon cooperated with the Agents and was escorted to the McAllen FBI Office. At the McAllen FBI Office, De Leon was read her advice of rights which she waived and agreed to speak to Agents providing a statement implicating herself in participating with her family who are a drug trafficking organization. De Leon explained that she collects drug proceeds for the DTO. Based on the investigation stated in this complaint, De Leon collected drug proceeds for the DTO and utilized the proceeds for attorney fees and daily expenses.